CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Glenn Stephens  0531774  agent
**Full Name of Plaintiff        Inmate Number**

Karoom Gadson  05-30515
v. choreographic move creator

Epic Games Inc
**Name of Defendant 1**  DBA Fortnite game

_____
**Name of Defendant 2**

_____
**Name of Defendant 3**

_____
**Name of Defendant 4**

_____
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. 4:25-CV-2081
(to be filled in by the Clerk's Office)

(✓) Demand for Jury Trial
(__) No Jury Trial Demand

FILED
SCRANTON

NOV 04 2025

PER _____ Cec _____
DEPUTY CLERK

I.   NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

____   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

____   Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

____   Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

✓   See attached complaint

Page 1 of 6

II. ADDRESSES AND INFORMATION

A. PLAINTIFF

| | |
|---|---|
| Stephens Glenn III | Gadson Kareem |
| Name (Last, First, MI) | |
| QS31774 | former OS-30515 |
| Inmate Number | current inmate number unknown |
| Agent for Gadson | former Lycoming County Prison |
| Place of Confinement | |
| Lycoming County Prison | current address unknown |
| Address | |
| 277 W Third Street | |
| City, County, State, Zip Code | |
| Williamsport PA 17701 | |

Indicate whether you are a prisoner or other confined person as follows:

✓ Pretrial detainee    Stephens

___ Civilly committed detainee

___ Immigration detainee

✓ Convicted and sentenced state prisoner   Gadson

___ Convicted and sentenced federal prisoner


B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

__Epic Games Inc DBA Fortnite__
Name (Last, First)
__620 Cross Road Blvd__
Current Job Title
__Cary  NC 27518__
Current Work Address

_____
City, County, State, Zip Code

Defendant 2:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

Defendant 3:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

Defendant 4:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

Defendant 5:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

III.   STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

    A.    Describe where and when the events giving rise to your claim(s) arose.

See enclosed complaint

    B.    On what date did the events giving rise to your claim(s) occur?

See enclosed complaint

    C.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

See enclosed complaint

IV. **LEGAL CLAIM(S)**

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

See enclosed complaint

V. **INJURY**

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

See enclosed complaint

VI. **RELIEF**

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

See enclosed complaint

Seek telephonic or live mediation ASAP please

## VII.  SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

___OCT 28 2025_____
Date



Office of the Clerk
c/o Judge Mannion
235 Washington Ave
PO Box 1148
Scranton Pa 18501

RECEIVED
SCRANTON
NOV 04 2025
PER _____ DEPUTY CLERK

Glenn Stephens
#0531774
217 W Third Street
Williamsport Pa
17701